## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

**CHARLOTTE LUPIEN**

Case Number: 2:08-cr-2-FtM-34DNF

USM Number: 31493-074

Frank Zaremba, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violations charged in paragraph numbers Two and Three of the Petition. The defendant is adjudicated guilty of these violations.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Positive urinalysis for Cocaine on October 11, 2007 and October 22, 2007, in violation of Condition Seven of the Standard Conditions of Supervision | October 22, 2007 |
| Three | Failure to reside in a Residential Re-entry Center/Residential Re-entry Sanctions Center in violation of the Special Condition | December 27, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation One is dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/23/2008

*[signature]*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

January 24th, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Three (3) Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

**The term of Probation is REVOKED and not reimposed.**